FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 11, 2021, 9:54 am
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-MJ-00028-WRP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| | ) | |
| NICHOLAS R. OCHS, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of January 11, 2021, the Court entered the following order:

X   Defendant to be released from custody forthwith

    X   Released to / continued on pretrial release. The defendant is ordered released from custody forthwith. Upon receipt of the Abstract of Release, the Federal Detention Center - Honolulu is authorized to immediately release the defendant from custody

    ___   Sentenced to time served

    ___   Case Dismissed

    ___   Released to / continued on supervised probation / unsupervised probation

    ___   Released to / continued on supervised release

___   Defendant to be released once bond conditions are met.  As conditions have been met effective, defendant to be released forthwith.

___   Bench warrant recalled

___   Other:

Michelle Rynne, Clerk of Court

/s/ *Juliet Parker*

by: Juliet Parker, Courtroom Deputy